UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-03599-02 |
| V. | : | RECOGNIZANCE NO. NEW1652 |
| DELMONT GREEN, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant(s) | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court and that the sum of TEN THOUSAND DOLLARS, ($10,000.00), was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 28th day of October, 2008,

IT IS ORDERED THAT the sum of TEN THOUSAND DOLLARS ($10,000.00), be paid to Sandra Monique Childs, 1255 Lena Place, Waldorf, MD 20602.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT